UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN LOPEZ,

                                Plaintiff,

              -v-

RAPID PARTS PLUS AUTO, INC., *et al.*,

                              Defendants.

19-CV-3950 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 15, 2020, the parties, in a letter to the Court, indicated that Defendants would consent to conditional collective certification in this action, and that the proposed notice and opt-in consent form would be filed by January 29, 2020. (Dkt. No. 22.) No such papers have been filed. Further, in the absence of Defendants' consent, any motion for conditional collective certification was due February 7, 2020. No such motion has been filed. Indeed, there has been no further communication with the Court.

Accordingly, either (1) the parties shall file the necessary conditional collective certification papers, or (2) Plaintiff shall file a motion for conditional collective certification on or before February 24, 2020.

       SO ORDERED.

Dated: February 10, 2020
       New York, New York

                                                J. PAUL OETKEN
                                            United States District Judge