UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IVAN LOPEZ,

                          Plaintiff,

            -v-

RAPID PARTS PLUS AUTO, INC., *et al.*,

                        Defendants.

19-CV-3950 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On March 2, 2020, this Court entered a consent order for conditional collective certification. (Dkt. No. 25.) All executed consents from protential collective action plaintiffs were directed to be filed with the Court no later than sixty days after the date of initial mailing — at the latest, May 11, 2020. (*See id.*) No such consents have been filed. Further, discovery in this case officially closed on January 9, 2020. (Dkt. No. 19.)

Accordingly, the parties are directed to file a status letter with the Court on or before June 19, 2020, addressing (1) the status of any potential collective action plaintiffs and (2) whether discovery has concluded in this case.

SO ORDERED.

Dated: June 5, 2020
       New York, New York

                                                             J. PAUL OETKEN
                                                            United States District Judge