UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IVAN LOPEZ,

                              Plaintiff,

          -v-

RAPID PARTS PLUS AUTO, INC., *et al.*,

                             Defendants.

19-CV-3950 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On June 19, 2020, the parties filed a letter with this Court indicating that the collection action notices have not yet been sent to potential collective action plaintiffs. The parties further notified this Court that discovery is ongoing — well past the original January 9, 2020, deadline.

Accordingly, the parties shall confer and submit a new discovery schedule to govern this case on or before July 22, 2020. In the future, if the parties need additional time to complete discovery, they shall file a motion to extend the discovery deadlines in the case.

SO ORDERED.

Dated: June 22, 2020
       New York, New York

                                                    J. PAUL OETKEN
                                                    United States District Judge