**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
38 West 32nd Street
Suite 1110
New York, New York 10001
(212) 563-9884
dstein@samuelandstein.com

Attorneys for Plaintiff

| | |
|---|---|
| Ivan Lopez, on behalf of himself and all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　－ vs. －<br><br>Rapid Parts Plus Auto, Inc. and Ponciano Ferreras,<br><br>　　　　　Defendants. | DOCKET NO. 19-cv-3950 (JPO)(SN)<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT** |

**NOW COMES** plaintiff Ivan Lopez, by and through his undersigned counsel, and hereby gives written notice of his acceptance of the Rule 68 Offer of Judgment of defendants Rapid Parts Plus Auto, Inc. and Ponciano Ferreras, as follows:

1. Plaintiff accepts defendants' Offer of Judgment in the amount of $25,000.00, inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

2. A copy of defendants' Rule 68 Offer of Judgment, which was served on plaintiff's counsel on August 10, 2020, is attached hereto as Exhibit A.

**WHEREFORE**, Plaintiff requests:

a. That the Clerk of the Court enter a judgment in this matter against defendants Rapid Parts Plus Auto, Inc. and Ponciano Ferreras, and for plaintiff in the amount of $25,000.00, inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated:  August 11, 2020

> Respectfully submitted,
>
> */s/ David Stein*
> _____
> David Stein
> SAMUEL & STEIN
> 38 West 32nd Street
> Suite 1110
> New York, New York 10001
> (212) 563-9884
>
> Attorneys for Plaintiff

**AFFIRMATION OF SERVICE**

The undersigned hereby affirms under penalty of perjury that on the date below he caused Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment to be served by ECF on counsel for defendants.

_____
DAVID STEIN

Dated:   August 11, 2020