UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ivan Lopez, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>– vs. –<br><br>Rapid Parts Plus Auto, Inc. and Ponciano Ferreras,<br><br>Defendants. | DOCKET NO. 19-cv-3950 (JPO)(SN)<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 11, 2020; and Defendants Rapid Parts Plus Auto, Inc. and Ponciano Ferreras having offered Plaintiff Ivan Lopez to take a judgment against them; it is

**ORDERED and ADJUDGED** THAT Judgment is entered in favor of Plaintiff Ivan Lopez and against Defendants Rapid Parts Plus Auto, Inc. and Ponciano Ferreras, jointly and severally, in the sum of $25,000 (Twenty-Five Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated: August 11, 2020

**The Clerk is directed to close this case.**

_____
J. PAUL OETKEN
United States District Judge